| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>KAY, ALAN | 2. Court or Organization<br><br>U.S. District Court, D.C. | 3. Date of Report<br><br>04/25/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☒ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>E. Barrett Prettyman U.S. District Courthouse<br>Rm.2333<br>333 Constitution Ave., N.W.<br>Washington, D.C. 20001 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executive Committee | Lawyers Club |
| 2. Director | Inwood House |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAY, ALAN | 04/25/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAY, ALAN | 04/25/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAY, ALAN | 04/25/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bank of America | C | Interest | M | T | | | | | |
| 2. Wells Fargo Bank formerly Wachovia Bank | A | Interest | J | T | | | | | |
| 3. DOJ FCU (CD) | C | Interest | M | T | | | | | |
| 4. Pacific Life Ins. Select Exec III | D | Int./Div. | N | T | | | | | |
| 5. Pacific Life Var.Univ.Life Ins. | D | Int./Div. | N | T | | | | | |
| 6. Janney Advant.Ins.Sweep (Money mkt. Acct) | A | Interest | L | T | | | | | |
| 7. EQUITIES | | | | | | | | | |
| 8. American Tower orp. Cl.A com | C | Dividend | M | T | | | | | |
| 9. American Water Wks Co.Inc New | C | Dividend | L | T | | | | | |
| 10. Annaly Cap.Management Inc.Pref.Rate App.Trans. | D | Dividend | M | T | Buy | 05/25/11 | M | | |
| 11. Artesian Res. Corp. Cl. A | C | Dividend | L | T | | | | | |
| 12. Bank of Amer. Corp. Non Cum Perp.Conv.Pref. | D | Dividend | | | Sold | 02/09/11 | L | E | |
| 13. Chesapeake Energy Corp. | A | Dividend | L | T | | | | | |
| 14. Cisco Systems Inc | A | Dividend | K | T | | | | | |
| 15. Cisco System Inc. | A | Dividend | K | T | Buy | 01/14/11 | K | | |
| 16. Conoco Phillips com | C | Dividend | M | T | | | | | |
| 17. Exelon Corp. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAY, ALAN | 04/25/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Exxon Mobile Corp | B | Dividend | L | T | | | | | |
| 19. General Electric Co. com | C | Dividend | M | T | | | | | |
| 20. Gladstone Capital Corp.Ser A NonCum Var | B | Dividend | M | T | Buy | 10/28/11 | L | | |
| 21. JP Morgan Chase | B | Dividend | L | T | | | | | |
| 22. Morgsn Stanley Dep Shs Rep.1/1000 Pfd Ser A Non Cum Var | D | Dividend | M | T | Buy | 02/09/11 | L | | |
| 23. Microsoft Corp | B | Dividend | L | T | | | | | |
| 24. NASDAQ-100aka Powershares QQQ Trust Unit | B | Dividend | | | Sold (part) | 05/25/11 | M | F | |
| 25. NASDAQ-100aka Powershares QQQ TrustUnit Ser.1 | A | Dividend | | | Sold | 10/26/11 | L | D | |
| 26. Pfizer Inc | C | Dividend | L | T | | | | | |
| 27. State Street Corp | A | Dividend | K | T | | | | | |
| 28. MUTUAL FUNDS | | | | | | | | | |
| 29. Capital Wld Grwth & Inc.Fund Cl. A | C | Dividend | | | Sold | 12/20/11 | M | D | |
| 30. Eaton Vance World Gwth Hlth Sci Fd Cl.A | | None | N | T | | | | | |
| 31. Eaton Vance Man.Div. Equity Inc.Fd | A | Dividend | | | Sold | 01/14/11 | K | | |
| 32. Eaton Vance Tax Mn Glbl Inc. Fd | A | Dividend | | | Sold | 01/14/11 | N | | |
| 33. Euro Pacific Grwth Fd Cl. A | C | Dividend | | | Sold | 12/20/11 | M | D | |
| 34. Ivey Funds Inc. Asset Strgy Fnd Cl. A | A | Dividend | O | T | | | | | |

1. Income Gain Codes:     A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000          G =$100,001 - $1,000,000          H1 =$1,000,001 - $5,000,000          H2 =More than $5,000,000
2. Value Codes          J =$15,000 or less          K =$15,001 - $50,000          L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000          O =$500,001 - $1,000,000          P1 =$1,000,001 - $5,000,000          P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000          P4 =More than $50,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| KAY, ALAN | 04/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Nuveen Equity Prem Adv. Fnd | D | Dividend | M | T | | | | | |
| 36. Nuveen Glbl Govt. Enh. Inc. Fnd | D | Dividend | | | Sold | 01/14/11 | L | | |
| 37. Oppenheimer Devlp Mkts Fd Cl. A | A | Dividend | M | T | Buy | 01/14/11 | M | | |
| 38. Pimco Fds Pac Inv Mgmt Ser All Asset Fd Cl. A | F | Dividend | O | T | | | | | |
| 39. Prudential Inv.Port Inc 10 Jennison Equity Inc. Fd Cl.A | C | Dividend | M | T | | | | | |
| 40. Prudential Inv. Port Inc.10 Jennison Equity Inc, Fd Cl.A | D | Dividend | N | T | Buy | 12/20/11 | M | | |
| 41. Small Cap World Fd Inc Cl. A | C | Dividend | M | T | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAY, ALAN | 04/25/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Concerning "Pimco Fds Pac Inv Mgt Real Ret Strategy Fnd" this asset was sold in 2007. I inadvertently reported owning this asset in filing years 2007, 2008, 2009 and 2010. Please consider this an amendment to my prior reports.

With regards to "Deutsche Bnk Cap. Funding Trust X Noncum Perp PFD Secur 7%." I inadvertently reported owing this asset in 2010 and had disposed of this asset in earlier years.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **ALAN KAY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544